# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/2/2015 11:02:39 PM
CATHY S. LUSK
Clerk

Court of Appeals No. (If known):  12 - 14 - 00240 - CV

Trial Court Style:  Emmanuel V. State of Texas

Trial Court & County:  87th, Anderson Cty     Trial Court No.: 31159

Date Trial Clerk's Record Originally Due:  N/A

Date Court Reporter's/Recorder's Record Originally Due:  11/14/2014

Anticipated Number of Pages of Record:  600

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:   (Check all that apply - attach additional pages if necessary.)

☐   to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either ☐ the required fee or to make arrangements to pay the fee for preparing the record.

☑   my duties listed below preclude working on this record:

Please see additional page

☑   Other. (Explain.):  I have a volume and exhibits that are unable to be located due to lost flash drive or might be in dealership where car was fixed after vehicular accident.   2/9/15

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by ___2/9/15___, and I

**hereby request an additional ___7___ days** within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

2/2/15

_____
Date

903 389-4836

_____
Office Phone Number

helenwoten@windstream.net

_____
E-mail Address (if available)

Signature  Helen C Woten

Printed Name  Helen C Woten

Official Title  Court Reporter

TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for APPELLANT(S):                    Lead Counsel for APPELLEE(S):

Name: Stephen Evans                                Name: Scott Holden

Address: 1000 N. Church                            Address: 500 N. Church St.
PO Box 754, Palestine TX                                    Palestine, TX 75801
75802
Phone no.: 903 723-3334                            Phone no.: 903-723-7400

Attorney for:_____                     Attorney for: State of Texas

Lead Counsel for APPELLANT(S):                    Lead Counsel for APPELLEE(S):

Name:_____                      Name:

Address:_____                      Address:

_____

Phone no.:_____                      Phone no.:

Attorney for:_____                      Attorney for:

Additional                    information,                    if                    any:

Dear Ms. Lask,

I will call the dealership tomorrow where my car was fixed and I picked up Friday. My only hope is that they accidentally removed belongings while fixing the car. I have searched every single flash drive I have in my possession. I will have to go to Anderson County and recopy/rescan exhibits if I cannot locate the flash drive. I have all volumes except four + the exhibits. The reason I need until Monday is because I'm supposed to be in Leon County this week and Freshire on Friday. Our docket is not big so when we get through I will call dealership and see what they say. If they have it, I'll pick up + file sooner. I'm also attaching a copy from the dealership because of the number of accidents my family has had and I'm sure it's hard to believe that this can be my family's life but it really is.

Thank you,

Helen Wooden

972-489-2698



# ART MOTOR COMPANY

P.O. Box 1130
Corsicana, TX 75151-1130
(903) 874-6556
Toll Free: 800-765-1521
Fax: (903) 874-3692
www.stewarttoyota.com

**TOYOTA**

**SERVICE DEPARTMENT HOURS**
7:30 a.m. to 6:00 p.m.
Monday - Friday
7:30 a.m. to 1:00 p.m. Saturday

| R/O Open Date | R/O Number |
|---|---|
| 1/20/15 | 8001013/2 |
| **R/O Close Date** | **Status** |
| 1/29/15 | Pre-Invoice |
| **Mileage In** | **Mileage Out** |
| 15891 | 16623 |
| **Service Advisor / Tag #** | |
| Paul Owen/*W* | |

WOOTEN, KEN
714 KELLY STREET
FAIRFIELD, TX  75840

| | Work Phone | | Vehicle Identification Number |
|---|---|---|---|
| | | | 4T4BF1FK5CR172691 |
| | **Home Phone** | **Delivery Date** | **In-Service Date** |
| | | | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2012 | TOYOTA | CAMRY LE | 4D SEDAN | SILVER 1F7 | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| Please Note: CUSTOMER PAY TOTAL AMOUNT OF $969.47 | |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*       Thank you for visiting Stewart Toyota          *
* of Corsicana, Texas.            Family Owned &    *
* Serving the area since 1939!                      *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

*Paid Check # 71179.*

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| | AMOUNT |
|---|---|
| **LABOR** | 306.40 |
| **PARTS** | 622.70 |
| **DEDUCTIBLE** | .00 |
| **SUBLET** | .00 |
| **SHOP SUPPLIES** | .00 |
| **HAZARDOUS MATERIALS** | .00 |
| **SALES TAX OR TAX I.D.** | 51.37 |
| **SPECIAL ORDER DEPOSIT** | .00 |
| **DISCOUNTS** | -11.00 |
| **TOTAL DUE** | 969.47 |

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.**

X

© 2012 DEALERTRACK SYSTEMS, Inc. - Dealership Application Group (800) 945-1028

"We appreciate your business"
3400 S INTERSTATE HWY 45, CORSICANA, TX 75110
Phone: (903) 872-1113
FAX: (903) 874-3692

## Preliminary Estimate

*R(0)013*

**Customer: WOOTEN, KEN**

**Job Number:**

Written By: KENNY THOMPSON

| | | | |
|---|---|---|---|
| Insured: WOOTEN, KEN | Policy #: | Claim #: | 03551411 |
| Type of Loss: | Date of Loss: | Days to Repair: | 0 |
| Point of Impact: 12 Front | | | |

**Owner:**
WOOTEN, KEN
714 KELLY STREEET
FAIRFIELD, TX 75840

**Inspection Location:**
STEWART MOTOR CO COLLISION REPAIR
3400 S INTERSTATE HWY 45
CORSICANA, TX 75110
Repair Facility
(903) 872-1113 Day

**Insurance Company:**

---

## VEHICLE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Year: | 2012 | Body Style: | 4D SED | VIN: | 4T4BF1FK5CR172691 | Mileage In: | 15891 |
| Make: | TOYO | Engine: | 4-2.5L-FI | License: | DKX3008 | Mileage Out: | |
| Model: | CAMRY LE | Production Date: | 11/2011 | State: | TX | Vehicle Out: | |
| Color: | SILVER Int: | Condition: | Excellent | Job #: | | | |

| **TRANSMISSION** | Overhead Console | FM Radio | **SEATS** |
|---|---|---|---|
| Automatic Transmission | **CONVENIENCE** | Stereo | Cloth Seats |
| Overdrive | Air Conditioning | Search/Seek | Bucket Seats |
| **POWER** | Intermittent Wipers | CD Player | **WHEELS** |
| Power Steering | Tilt Wheel | Auxiliary Audio Connection | Wheel Covers |
| Power Brakes | Cruise Control | **SAFETY** | **PAINT** |
| Power Windows | Rear Defogger | Drivers Side Air Bag | Clear Coat Paint |
| Power Locks | Keyless Entry | Passenger Air Bag | **OTHER** |
| Power Mirrors | Message Center | Anti-Lock Brakes (4) | Traction Control |
| **DECOR** | Steering Wheel Touch Controls | 4 Wheel Disc Brakes | Stability Control |
| Dual Mirrors | Telescopic Wheel | Front Side Impact Air Bags | Power Trunk/Gate Release |
| Tinted Glass | **RADIO** | Head/Curtain Air Bags | |
| Console/Storage | AM Radio | Hands Free Device | |

**Customer: WOOTEN, KEN** **Job Number:**

Vehicle: 2012 TOYO CAMRY LE 4D SED 4-2.5L-FI SILVER

| Line | Oper | | Description | Part Number | Qty | Extended Price $ | Labor | Paint |
|---|---|---|---|---|---|---|---|---|
| 1 | **FRONT BUMPER & GRILLE** | | | | | | | |
| 2 | | | O/H bumper assy | | 0 | 0.00 | 2.4 | 0.0 |
| 3 | ** | Repl | A/M CAPA Bumper cover | 5211906974 | 1 | 231.00 | Incl. | 2.6 |
| 4 | | | Add for Clear Coat | | 0 | 0.00 | 0.0 | 1.0 |
| 5 | ** | Repl | A/M CAPA LT Hole cover L, LE models | 5212806260 | 1 | 34.00 | Incl. | 0.0 |
| 6 | ** | Repl | A/M CAPA Lower grille | 5311206200 | 1 | 56.00 | Incl. | 0.0 |
| 7 | ** | Repl | A/M RT Side support | 5253506130 | 1 | 23.00 | 0.1 | 0.0 |
| 8 | ** | Repl | A/M LT Side support | 5253606120 | 1 | 22.00 | 0.1 | 0.0 |
| 9 | * | R&I | RT Hole cover L, LE models | | 0 | 0.00 | Incl. | 0.0 |
| 10 | | Repl | Bumper cover fastener | 9046705090B1 | 2 | 3.50 | 0.0 | 0.0 |
| 11 | **RADIATOR SUPPORT** | | | | | | | |
| 12 | ** | Repl | A/M RT Under cover | 5144106150 | 1 | 68.00 | 0.2 | 0.0 |
| 13 | ** | Repl | A/M LT Under cover | 5144206140 | 1 | 70.00 | 0.2 | 0.0 |
| 14 | # | | Haz Waste Removal | | 1 | 5.00 X | 0.0 | 0.0 |
| 15 | # | | THIS IS ONLY A PRELIMINARY ESTIMATE | | 1 | 0.00 | 0.0 | 0.0 |
| 16 | # | | REMOVED ENGINE SLPASH SHIELD PER REQUEST OF CUSTOMER | | 1 | 0.00 | 0.0 | 0.0 |
| | | | | **SUBTOTALS** | | **512.50** | **3.0** | **3.6** |

## ESTIMATE TOTALS

| Category | Basis | | Rate | Cost $ |
|---|---|---|---|---|
| Parts | | | | 507.50 |
| Body Labor | 3.0 hrs | @ | $ 44.00 /hr | 132.00 |
| Paint Labor | 3.6 hrs | @ | $ 44.00 /hr | 158.40 |
| Paint Supplies | 3.6 hrs | @ | $ 32.00 /hr | 115.20 |
| Miscellaneous | | | | 5.00 |
| Subtotal | | | | 918.10 |
| Sales Tax | $ 622.70 | @ | 8.2500 % | 51.37 |
| **Grand Total** | | | | **969.47** |
| Deductible | | | | 0.00 |
| **CUSTOMER PAY** | | | | **0.00** |
| **INSURANCE PAY** | | | | **969.47** |